PHILLIP A. TALBERT
United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:     dean.carter@usdoj.gov
Telephone:  (916) 554-2781
Facsimile:  (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS M. ENGEL,<br><br>Plaintiff,<br><br>v.<br><br>PARAGON SYSTEMS, INC., a Virginia corporation, FEDERAL PROTECTIVE SERVICES/DEPARTMENT OF HOMELAND SECURITY, an agency of the United States, US SOCIAL SECURITY ADMINISTRATION, an agency of the United States, STEVEN O'CONNOR, DEBRA HARRIS, RICHARD CASTRELLON, ROBERT MARQUEZ, JOHN HODEK, DARIN BIGGERS, SHEILA SHARMA, and FIDEL REAL Y VASQUEZ, JR., M.D., dba SACRAMENTO OCCUPATIONAL MEDICAL GROUP, and DOES 1 through 10,,<br><br>Defendants. | Case No. 2:24-cv-02479-DJC-CKD<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

Good cause having been shown,

IT IS HEREBY ORDERED that Defendants Federal Protective Service and the Social Security Administration shall have until, and including, November 18, 2024, to file a response to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: September 20, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4, enge2479.24

[Proposed] Order Granting Motion for Administrative Relief      1