UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ENGEL,

Plaintiff,

v.

PARAGON SYSTEMS, INC., et al.,

Defendants.

Case No.  2:24-cv-02479-DJC-CKD (PS)

ORDER

(ECF No. 80.)

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On February 23, 2026, the Magistrate Judge filed findings and recommendations (ECF No. 80), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On March 9, 2026, Plaintiff filed objections to the findings and recommendations (ECF No. 81), including objecting to the Magistrate Judge's findings that he did not exhaust administrative remedies and that his due process rights were violated.  The Court has considered all objections raised.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review.  The Court has carefully reviewed the file, including Plaintiff's objections, and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and

1

recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations (ECF No. 80) are ADOPTED IN FULL;

2.    Plaintiff's Motion for Relief under Federal Rule 54(b) (ECF No. 75) is denied;

3.    Plaintiff's request for a stay of proceedings under 28 U.S.C. § 1292(b) is denied;

4.    Plaintiff's request for an order to show cause is denied; and

5.    This matter is referred back to the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated:    **April 29, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/enge24cv2479.JO.obj

2